MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Robert E. Temmerman, Jr., Esq. (SB#096175)
Mark A. Schmuck, Esq. (SB#205164)
**TEMMERMAN, CILLEY & KOHLMANN, LLP**
2502 Stevens Creek Blvd.
San Jose, California 95128-1654
Tel: (408) 998-9500
Fax: (408) 998-9700

Attorneys for Richard Bradley, Conservator

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>**JOAN MACKENZIE,**<br><br>Debtor.<br><br>RICHARD BRADLEY, Conservator of the Estate of Patricia Bradley,<br><br>Plaintiff,<br><br>v.<br><br>JOAN MACKENZIE,<br><br>Defendant. | Bankruptcy Number: **11-50469 ASW**<br><br>Adversary Number: 11-5137 |

**STIPULATION RE: ENTRY OF JUDGMENT**

The parties, Plaintiff Richard Bradley, Conservator of the Estate of Patricia Bradley and Trustee of the Bradley 1998 Living Trust dated October 26, 1998; and Joan Mackenzie, by and through their respective counsel of record, hereby acknowledge the Court's concerns

regarding the language of Paragraph 4.F of the Settlement Agreement and Mutual Release (the "Agreement") dated September 20, 2013. Notwithstanding the Court's concerns, the parties hereby stipulate that judgment be entered according to the terms of the Agreement without change.

    IT IS SO STIPULATED

BELVEDERE LEGAL APC

/s/
_____  Date: June 30, 2014
MATTHEW D. METZGER, ESQ.
Attorneys for Joan Mackenzie

TEMMERMAN, CILLEY & KOHLMANN, LLP

/s/
_____  Date: June 30, 2014
MARK SCHMUCK, ESQ.
Attorneys for Richard Bradley, Conservator
and Trustee

***END OF STIPULATION***